PROB 12B
(08/16)

August 25, 2026
pacts id: 10205423

**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Herman King, III (English) **Dkt. No.:** 25CR03243-001-AGS

**Name of Sentencing Judicial Officer:** The Honorable Andrew G. Schopler, U.S. District Court Judge

**Sentence:** 13 months' and 1 day custody; 3 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** November 19, 2025

**Date Supervised Release Commenced:** July 24, 2026

**Prior Violation History:** None.

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

TO ADD:

Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

## CAUSE

On July 27, 2026, Mr. King reported to the U.S. Probation Office and submitted a presumptive positive urine specimen for cocaine. On August 5, 2026, the offender reported to the U.S. Probation Office and admitted to consuming cocaine on or about July 24, 2026, immediately upon his release from custody. The offender attributed his illicit substance use to struggling with the transition from custody to the community. The undersigned verbally reprimanded the offender. Upon further discussion, Mr. King agreed he would benefit from participating in a drug and alcohol treatment program to help him safely cope with stress and make more responsible decisions. Given his motivation at this time, it is believed Mr. King would benefit from participating in a drug and alcohol treatment program as directed by this officer. He agreed to these modifications, as evidenced by his signature on the attached waiver of Hearing form, in the event Your Honor concurs with this course of action.

Mr. King is enrolled in formal drug testing to monitor his sobriety. Any additional drug use will be reported to the Court forthwith. The above violation conduct has been addressed through verbal reprimand, increased monitoring and treatment intervention.

Respectfully submitted:

by: ______________________
Anthony Vigliotti
U.S. Probation Officer
(619) 409-5148

Reviewed and approved:

______________________
Rachel Nino
Supervisory U.S. Probation Officer

Attachments:

*mtn*

**THE COURT ORDERS:**

_X_ THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

____ OTHER ______________________

______________________

______________________
The Honorable Andrew G. Schopler
U.S. District Court Judge

8/25/2026
Date